UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SEAN T. TURNBOW, WILLIAM *and* MARY RICE, ROBERT YOSKOWITZ, FREDERICK VIEIRA, *and* ANTHONY TAYLOR, *on behalf of themselves and all others similarly situated,* | § § § § § § § | |
| *Plaintiffs,* | § | CIVIL ACTION NO. 3:11-CV-1030-M |
| v. | § § | (Consolidated with Civil Action Nos. 3:11-CV-1093-M, 3:11-CV-1152-M, 3:11-CV-1225-M, and 3:11-CV-1325-M) |
| LIFE PARTNERS, INC, LIFE PARTNERS HOLDINGS, INC., BRIAN D. PARDO, *and* R. SCOTT PEDEN, | § § § § § | |
| *Defendants.* | § | |

### PLAINTIFFS' NOTICE OF SUBPOENA TO ERNST & YOUNG, LLP

TO:  ATTORNEYS OF RECORD FOR THE PARTIES

PLEASE TAKE NOTICE that, pursuant to Rule 45(a)(1)(D) of the Federal Rules of Civil Procedure, Ernst & Young LLP will be expected to produce to Plaintiffs the documents described in Exhibit A to the subpoena. Ernst & Young LLP is not a party to this action. Plaintiffs request production of these documents within the time set forth in the Federal Rules of Civil Procedure.

A copy of the subpoena is attached to this notice and is hereby served upon you.

DATE: February 14, 2012

Steven G. Sklaver
California Bar No. 237612 (Admitted PHV)
Amy T. Brantly
California Bar No. 210893 (Admitted PHV)
abrantly@susmangodfrey.com
**SUSMAN GODFREY L.L.P.**
Suite 950

Respectfully submitted,

/s/ Kim E. Miller
Kim E. Miller
California Bar No. 178370 (Admitted PHV)
**KAHN SWICK & FOTI, LLC**
500 5th Avenue, Suite 1810
New York, NY 10110

2137637v1/012370

1901 Avenue of the Stars
Los Angeles, CA 90067-6029
Telephone: (310) 789-3100
Facsimile: (310) 789-3150
Email: ssklaver@susmangodfrey.com

Terrell W. Oxford
Texas State Bar No. 15390500
Jonathan Bridges
Texas State Bar No. 24028835
**SUSMAN GODFREY L.L.P.**
901 Main Street, Suite 5100
Dallas, Texas 75202
Telephone: (214) 754-1900
Facsimile: (214) 754-1933
Email: toxford@susmangodfrey.com
       jbridges@susmangodfrey.com

**INTERIM CO-LEAD CLASS COUNSEL**

Bruce K. Packard
State Bar No. 15402300
W. Craig Stokley
State Bar No. 24051392
RINEY PALTER, PLLC
5949 Sherry Lane, Suite 1616
Dallas, Texas 75225-8009
Telephone: 214-461-1200
Facsimile: 214-461-1210
Email: bpackard@rineypalter.com
       cstokley@rineypalter.com
**ADDITIONAL COUNSEL FOR PLAINTIFFS**

Tel: (212) 696-3730
Fax: (504) 455-1498
Email: Kim.Miller@ksfcounsel.com

Lewis S. Kahn
Louisiana Bar No. 23805 Admitted PHV)
Craig J. Geraci, Jr.
Alabama Bar No. 3847-C62G (Admitted PHV)
**KAHN SWICK & FOTI, LLC**
206 Covington Street
Madisonville, LA 70447
Tel: (504) 455-1400
Fax: (504) 455-1498
Email: Lewis.Kahn@ksfcounsel.com
       Craig.Geraci@ksfcounsel.com

**INTERIM CO-LEAD CLASS COUNSEL**

Stuart H. McCluer
Louisiana Bar No. 101366 (Admitted PHV)
MCCULLEY MCCLUER PLLC
1223 Jackson Avenue East, Suite 200
P.O. Box 2294
Oxford, Mississippi 38655
(662) 236-1401
smccluer@mcculleymccluer.com

**COUNSEL FOR PLAINTIFF SEAN TURNBOW**

2

## CERTIFICATE OF SERVICE

I hereby certify that on the February 14, 2012, a true and correct copy of the foregoing was served upon all counsel of record by e-mail.

Kimberly F. Rich
Elizabeth L. Yingling
Laura J. O'Rourke
Baker & McKenzie LLP
2001 Ross Ave
Suite 2300
Dallas, Texas 75201

/s/ Kim E. Miller