# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| SEAN TURNBOW, WILLIAM *and* MARY RICE, ROBERT YOSKOWITZ, FREDERICK VIEIRA, *and* ANTHONY TAYLOR, *on behalf of themselves and all others similarly situated*, <br><br> Plaintiffs, <br><br> v. <br><br> LIFE PARTNERS INC., LIFE PARTNERS HOLDINGS, INC., BRIAN D. PARDO, *and* R. SCOTT PEDEN, <br><br> Defendants, | § § § § § § § § § § § § § § § § § § | No. 3:11-cv-1030-M |

## ORDER

Before the Court is Plaintiffs' Unopposed Motion for Leave to File Under Seal their Motion for Class Certification [Docket Entry #65]. The Motion for Leave is **GRANTED**.

The Clerk of the Court is directed to file **UNDER SEAL,** as a separate docket entry, Plaintiffs' Motion for Class Certification, Memorandum in Support, and all accompanying exhibits which are attached to Docket Entry #65.

**SO ORDERED**.

February 15, 2012.

*[signature]*
**BARBARA M. G. LYNN**
**UNITED STATES DISTRICT JUDGE**
**NORTHERN DISTRICT OF TEXAS**