IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SEAN TURNBOW, WILLIAM and MARY RICE, ROBERT YOSKOWITZ, FREDERICK VIEIRA, and ANTHONY TAYLOR, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>LIFE PARTNERS, INC., LIFE PARTNERS HOLDINGS, INC., BRIAN PARDO, and R. SCOTT PEDEN,<br><br>Defendants. | § § § § § § § § § § § § § § § | Case No. 3:11-CV-01030-M |

### APPENDIX IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

| Exhibit | Description | Pages |
|---|---|---|
| A | Affidavit of R. Scott Peden. | 000001-04 |
| B | T. King Jr., MD, MSCE, et al., *Long-Term HIV/AIDS Survival Estimation in the Highly Active Antiretroviral Therapy Era*, Med. Decision Making, Jan.-Feb. 2003. | 000004-16 |
| C | Affidavit of Elizabeth L. Yingling. | 000017-22 |
| C-1 | Selected Excerpts of the Testimony of Sean Turnbow. | 000023-34 |
| C-2 | Selected pages from Sean Turnbow's February 23, 2012 deposition transcript. | 000035-59 |
| C-3 | Selected Excerpts of the Testimony of William Rice. | 000060-73 |
| C-4 | Selected pages from William Rice's February 29, 2012 deposition transcript. | 000074-100 |
| C-5 | Accredited Investor Suitability Form for Illinois Residents signed by William and Mary Rice. | 000101-102 |
| C-6 | Risk Disclosure statement signed by William and Mary Rice. | 000103-05 |
| C-7 | Selected pages from the transcript of R. Scott Peden's December 13, 2011 deposition. | 000106-14 |
| C-8 | Selected Excerpts of the Testimony of Mary Rice. | 000115-31 |
| C-9 | Selected pages from Mary Rice's February 29, 2012 deposition transcript. | 000132-60 |
| C-10 | Selected Excerpts of the Testimony of Robert Yoskowitz. | 000161-78 |

| | | |
|---|---|---|
| C-11 | Selected pages from Robert Yoskowitz's February 24, 2012 deposition transcript. | 000179-207 |
| C-12 | Selected Excerpts of Testimony of Frederick Vieira. | 000208-235 |
| C-13 | Selected pages from Volume I of Frederick Vieira's February 21, 2012 deposition transcript. | 000236-67 |
| C-14 | Selected pages from Volume II of Frederick Vieira's February 22, 2012 deposition transcript. | 000268-84 |
| C-15 | Correspondence from Purchase Escrow Services to Frederick Vieira Bates-labeled LIFE PARTNERS 002589-002591. | 000285-87 |
| C-16 | Selected Excerpts of Plaintiffs' Counsel's Objections Pertinent to Adequacy of Representation. | 000288-97 |
| C-17 | Selected pages from the transcript of Kurt Carr's December 13, 2011 deposition. | 000298-307 |
| D | Expert Report of Bruce L. Blacker | 000308-79 |

Dated:  May 17, 2012

/s/ Elizabeth L. Yingling
Elizabeth L. Yingling
State Bar No. 16935975
E-Mail: elizabeth.yingling@bakermckenzie.com
Laura J. O'Rourke
State Bar No. 24037219
E-Mail: laura.orourke@bakermckenzie.com
Will R. Daugherty
State Bar No. 24053170
E-Mail: will.daugherty@bakermckenzie.com
BAKER & McKENZIE LLP
2300 Trammell Crow Center, 2001 Ross Avenue
Dallas, TX  75201
Tel.: (214) 978-3000
Fax: (214) 978-3099
**ATTORNEYS FOR ALL DEFENDANTS**

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on May 17, 2012, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel who have registered with the Court.  All others were served a copy via U.S. mail.

/s/ Elizabeth L. Yingling