**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| SEAN TURNBOW, WILLIAM *and* MARY RICE, ROBERT YOSKOWITZ, FREDERICK VIEIRA, *and* ANTHONY TAYLOR, *on behalf of themselves and all others similarly situated*,<br><br>Plaintiffs,<br><br>v.<br><br>LIFE PARTNERS INC., LIFE PARTNERS HOLDINGS, INC., BRIAN D. PARDO, *and* R. SCOTT PEDEN,<br><br>Defendants, | §§§§§§§§§§§§§§§§§ | No. 3:11-cv-1030-M |

**ORDER**

Before the Court is Defendants' Motion for Leave to File Under Seal Exhibit D of their Response Brief in Opposition to Class Certification [Docket Entry #77]. The Motion is **GRANTED**. Defendants may file Exhibit D under seal.

**SO ORDERED**.

June 4, 2012.

*[signature]*
**BARBARA M. G. LYNN**
**UNITED STATES DISTRICT JUDGE**
**NORTHERN DISTRICT OF TEXAS**