# TABLE OF CONTENTS

I. Preliminary Statement……….…………………………………………………………..1

II. The Action Meets All the Requirements for Certification Under Rule 23……………………………………………………………………………………2

A. Plaintiffs Satisfy the *Wal-Mart* Commonality Test……………….…………………2

B. All the Proposed Class Representatives Are Adequate and Typical…….………..4

i. Sean Turnbow is Adequate and Typical……………………………………..4

ii. Mary Rice and William Rice Are Adequate and Typical………………....6

iii. Robert Yoskowitz is Adequate and Typical………………………………8

iv. Frederick Vieira is Adequate and Typical……………………………….10

C. The Predominance Requirement is Met…………………………………………12

i. Common Issues Predominate……………………………………………12

ii. All Class and Subclass Members Are Similarly Harmed……………..…13

iii. A Class Action Is Superior to Individual Actions……………………….15

III. Conclusion…………………………………………………………………..……….15

# TABLE OF AUTHORITIES

## CASES

*Bell Atl. Corp. v. AT&T Corp.*, 339 F.3d 294 (5th Cir. 2003)……………………………………14

*Berger v. Compaq Computer Corp.*, 257 F.3d 475 (5th Cir. 2001)……………………….. 4, 9, 10

*Bruhl v. Price Waterhousecoopers Int'l*, 257 F.R.D. 684 (S.D. Fla. 2008)……………………… 8

*Buettgen v. Harless*, 3:09-CV-791-K, 2011 WL 1938130 (N.D. Tex. May 19, 2011)……….. 4, 5

*Chieftain Royalty Co. v. QEP Energy Energy Co.*, CIV-11-212-R,
2012 WL 896412 (W.D. Okla. Mar. 16, 2012)…………………………………………….….. 2

*Cincinnati Ins. Co. v. Guccione*,
308 Ill. Supp. App. 3d 220 (Ill. Supp. App. Ct. 2d Dist. 1999)……………………...……………8

*Coleman v. Exxon Chem. Corp.*, 162 F. Supp. 2d 593 (S.D. Tex. 2001)………………………. 14

*Feder v. Elec. Data Sys. Corp.*, 429 F.3d 125 (5th Cir. 2005)…………………………………. 11

*In re Enron Corp. Securities*, No. MDL 1446, 2006 WL 1662596 (S.D. Tex. June 7, 2006)…...15

*In re Int'l Profit Assocs., Inc.*, 286 S.W.3d 921 (Tex. 2009)……………………………………...8

*In re Prudential Ins. Co. of Am.*, 148 S.W.3d 124 (Tex. 2004)…………………………………...8

*Johns v. Bayer Corp.*, 09CV1935 AJB POR, 2012 WL 368032 (S.D. Cal. Feb. 3, 2012)………..3

*Johnson v. General Mills, Inc.*, 275 F.R.D. 282 (C.D. Cal. 2011)………………………………15

*Kase v. Salomon Smith Barney, Inc.*, 218 F.R.D. 149 (S.D. Tex. 2003)………………………...15

*Lehocky v. Tidel Technologies, Inc.*, 220 F.R.D. 491 (S.D. Tex. 2004)……………………….4, 9

*Lundy v. Masson*, 260 S.W.3d 482
(Tex. Supp. App.—Houston [14th Dist.] 2008, pet. denied)………………………...…………8

*Lymburner v. U.S. Financial Funds, Inc.*, 263 F.R.D. 534 (N.D. Cal. 2010)……………………15

*M.D. ex rel. Stukenberg v. Perry*, 675 F.3d 832 (5th Cir. 2012)…………………………….2. 3, 4

*Myan Mgmt. Group, L.L.C. v. Adam Sparks Family
Revocable Trust*, 292 S.W.3d 750 (Tex. App—Dallas 2009, no pet.)…………………………….8

*Norwest Mtg., Inc. v. Superior Court,* 72 Cal. Rptr. 2d 18 (1999)……………………..…………9

*Peterson v. H & R Block Tax Servs., Inc.*, 174 F.R.D. 78 (N.D. Ill. 1997)…………….…………8

*Ready Transport, Inc. v. AAR Manufacturing, Inc.*,
2006 WL 2131308 (E.D. Cal. July 27, 2006)…………………………………….…………….9

*Robidoux v. Celani*, 987 F.2d 931 (2d Cir. 1993)……………………………………………………8

*Sacred Heart Health Sys., Inc. v. Humana Military Healthcare Services, Inc.*, 601 F.3d 1159 (11th Cir. 2010)……………………………………...15

*Seekamp v. It's Huge, Inc.*, No. 1:09-CV-00018,
2012 WL 860364 (N.D.N.Y. Mar. 13, 2012)……………………………………………………12

*Seijas v. Republic of Arg.*, 606 F.3d 53 (2d Cir. 2010)………………………………………..14

*Spagnola v. Chubb Corp.*, 264 F.R.D. 76 (S.D.N.Y. 2010)…………………………………..12

*State of Ala. v. Blue Bird Body Co., Inc.*, 573 F.2d 309 (5th Cir. 1978)…………………………13

*Stott v. Capital Fin. Services, Inc.*, 277 F.R.D. 316 (N.D. Tex. 2011)…………………………4, 8

*Tsirekidze v. Syntax-Brillian Corp.*,
CV-07-02204-PHX-FJM, 2009 WL 2151838 (D. Ariz. July 17, 2009)………………………..4, 7

*Wal-Mart Stores, Inc. v. Dukes*, 131 S.Ct. 2541, 2551 (2011)………………………………1, 2, 3

*Welling v. Alexy*, 155 F.R.D. 654 (N.D. Cal. 1994)…………………………………………….4

**RULES**

Fed. R. Civ. P. 23…………………………………………………...…………………2, 11