**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| SEAN TURNBOW, WILLIAM *and* MARY RICE, ROBERT YOSKOWITZ, FREDERICK VIEIRA, *and* ANTHONY TAYLOR, *on behalf of themselves and all others similarly situated*,<br><br>Plaintiffs,<br><br>v.<br><br>LIFE PARTNERS, INC., LIFE PARTNERS HOLDINGS, INC., BRIAN D. PARDO, *and* R. SCOTT PEDEN,<br><br>Defendants. | Civil Action No. 3:11-cv-1030-M<br><br>Class Action |

**ORDER**

Before the Court is the Agreed Motion to Suspend All Deadlines in the Second Amended Scheduling Order [Docket Entry #163]. The Motion is **GRANTED**. All unexpired deadlines in the Second Amended Scheduling Order are suspended. The Court will issue an amended scheduling order after issuing the Order on Plaintiffs' Motion for Class Certification.

**SO ORDERED.**

Date: July 3, 2013.

_____
BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS